The next and last matter on our calendar is Saeed Muhammad Ali versus the City of New York. You have five minutes. Yes, first I'd like to say my name is Saeed Muhammad Ali, referred to as the appellant, and I'm here to argue the merits of the case as a pro se litigant and offer some reason to why this should be appealed to be judged in a federal court. The Honorable William Kuntz, in his memorandum and judgment order on April 18, 2018, stated that the court couldn't consider this case because of the previous filing in a New York State court. This case was begun in a timely manner in Queens Supreme Court under the docket 704578-2014, and the appellant, myself, was represented by counsel who after some time did not make themselves available to me or appear before the judge on the requested dates to represent me effectively. Myself, the appellant, had no knowledge of how many times the counsel had not made an appearance before the judge. The appellant tried, myself, tried to contact counsel by phone, by mail, and I visited their office and ultimately could not successfully do so. I found out later on that they moved and didn't inform me. When did you find out that the state case was dismissed? I found out approximately two weeks after the attorney had put in the case. Uh-huh. So you knew back in 2014 or so that the state case had been thrown out? No, I found out after the attorney that let himself off of the case informed me. Remember, I was represented by counsel. I understand that. I'm trying to find out when you learned that the state case was thrown out. I learned approximately two weeks after in inviting this attorney to represent me. And when was that? That was the beginning of 2013. So he never did anything for you? No. The attorney refused to give me any information, refused to give me any legal counsel in his office, and didn't inform me that they decided to move. Let me try to explain why we're asking these questions. As I understand it, what the district court said was that you filed suit in the Federal Court too late. It has to be filed within three years of the incident that you are complaining about where you were injured. And this lawsuit here was not filed until more than three years after the incident with the police officers. You understand that? Yes. That's what the district court said. I understand that. Okay. So the — I understand that you timely filed a case in state court. But the question is, why didn't you at some earlier point within what we call the statute of limitations, within three years after what happened to you, file this lawsuit that you're here on now? Why is that so late in being filed? Well, like I was saying, the counsel that I had didn't inform me of these facts that you're pointing out. I didn't know anything about law. I contacted this attorney with the behest of another attorney that worked in his office. That attorney and this attorney decided to vacate not only the case, but vacate where they were residing. So I couldn't find them. I couldn't find out any information except for me going to law libraries and researching, and that took time. I understand. Remember, I'm not an attorney. I get it. Okay. So — But the problem is, and I just want you to understand this, there are rules. The one rule is that the case has to be filed within three years, and our law is that that applies whether you have a lawyer or whether you're on your own. And there are only certain very limited circumstances that would excuse not filing for three years. And that's the issue that's really before us, is whether there is one of these excusing circumstances, and that's what we'll be looking into. Well, Your Honor, one of the reasons I filed this in federal court was because the false information that these things were being carried out properly. Yeah. I found out later on that they were not. I hear you. Okay. And one of the things that you're pointing out is very, very effective, and it would have been very informative had I been told the truth in the beginning. Obviously. And, of course, I found out later on that, no, none of that was taken into effect. Of course, the problem is that's the lawyer's fault, and that's not got to do with the police officers who injured you in the first place, who are the people you're trying to sue now, many years after what occurred. But that's the issue for us. And I understand what you're saying. You're saying that you were the victim of bad lawyers, in effect, and that's why the case didn't get filed in federal court within that three-year period. Well, that's just the beginning. If the judges were allowed to look at the case from the very beginning, you'd see that I've been harassed by this same precinct for close to 30 years. And I've lived all over the world. Not one citation from various police agencies in New York and other states and in other countries. This is definitely, I mean, just from what I've learned, in order for there to be a crime, there has to be criminal intent. What was their intent? Oh, I was bike riding. Your Honor, not only was a travesty given to me from these attorneys, but a travesty from this precinct and the various individuals, and there are many in that 30-year period, would verify what I'm saying. This is an ongoing thing. This didn't start with just these two attorneys. This is coming from a precinct that decided to make me a criminal. In other words, they knew they couldn't have any jurisprudence and they didn't have any evidence. So they said, we're going to make you a criminal anyway. And if you look at the case and you look at the information that's given, you'll see that this is a fact. And did this harassment continue in some way after 2013? Oh, definitely. You're saying it's a 30-year pattern going back. I'm interested in what's happened recently. Oh, because of me being a very prominent person in my community, they've had to let this happen. Let that go for a minute. But I'm always harassed. I'm always being, I'm being monitored. I'm the head of my block association, I'm a homeowner, I'm a father and a grandfather, and a very loved person in my community. The last time before this case, they knew they were losing the case and they decided to sell my property. In this case, how do you arrest someone and you take their property and you don't give the property back? I hear what you're saying. I understand your argument. And thank you. Okay. Thank you very much for appearing. We know it's not easy for non-lawyers. So thank you. All right. Thank you.